[No. 68073-1-I. Division One. March 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. D.R., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-00923-0, Michael J. Trickey, J., entered December 7, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, A.C.J., and Becker, JJ.

[No. 68094-3-I. Division One. March 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN RAY LOMACK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02748-8, Palmer Robinson, J., entered December 1, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Cox, J.

[No. 68245-8-I. Division One. March 4, 2013.]

*In the Matter of the Personal Restraint of* ALLEN MICHAEL KNOLL, *Petitioner*.

Petition for relief from personal restraint. *Remanded* by unpublished per curiam opinion.

[No. 68308-0-I. Division One. March 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. EDIBERTO MUJO-HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07227-1, Mariane C. Spearman, J., entered January 12, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Appelwick and Dwyer, JJ.

[No. 68851-1-I. Division One. March 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. EDGAR C. PACHECO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02223-1, Patrick H. Oishi, J., entered May 25, 2012. *Affirmed* by unpublished per curiam opinion.